UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: GREGORY TYSON CROMWELL,      {   CHAPTER 13
                                    {
                                    {
        DEBTOR(S)                   {   CASE NO. R19-41915-PWB
                                    {
                                    {   JUDGE BONAPFEL


**OBJECTION TO CONFIRMATION**


COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

3. The Debtor has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P; specifically, the Debtor has not filed a statement regarding pay advices.

4. Section 3.2 of the proposed Chapter 13 plan fails to make a selection.

5. The Debtor(s) propose to pay for collateral which may be leased from Crockett Rentals through the proposed plan.  The Trustee requests that Debtor(s) provide documentation which reflects that the loan is an installment contract rather than a lease.

6. The Chapter 13 petition and schedules fail to disclose clothing, in violation of 11 U.S.C. Section 521.


Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
maryidat@atlch13tt.com

7.   The Debtor(s)' Statement of Financial Affairs is inaccurate and/or incomplete; the Trustee is unable to determine the feasibility of the proposed plan.  11 U.S.C. Section 1325(a)(6); specifically, question 4 omits the Debtor's non-filing spouse's income.

8.   The payout of the claim(s) owed to PennyMac will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

9.   The Chapter 13 budget reflects a $1,458.00 per month food expense, an expense amount that may be excessive and unnecessary for the maintenance or support of the Debtor(s) in a composition Plan, in violation of 11 U.S.C. Section 1325(a)(3).

10.  Schedule A fails to correctly reference the fair market value on real estate which is the subject of this Chapter 13 estate.

11.  The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

October 25, 2019


_____/s/_____
Mary Ida Townson, Attorney
Chapter 13 Trustee
GA Bar No. 715063


Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
maryidat@atlch13tt.com

R19-41915-PWB

## CERTIFICATE OF SERVICE

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

GREGORY TYSON CROMWELL
3592 DEWS POND ROAD, SE
CALHOUN, GA 30701-4411

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 25th day of October 2019

_____/s/_____
Mary Ida Townson, Attorney
Chapter 13 Trustee
GA Bar No. 715063

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
maryidat@atlch13tt.com