IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| GREGORY TYSON CROMWELL, | : | Case No. 19-41915-PWB |
|     Debtor | : | |
| | : | |
| CROCKETT RENTALS, LLC, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| GREGORY TYSON CROMWELL, | : | |
|     Respondent | : | |
| | : | |

<u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN OF DEBTORS</u>

COMES NOW, CROCKETT RENTALS, LLC, creditor of the above-styled debtor, and files this its objection to the Chapter 13 plan of the debtor and respectfully shows the Court the following:

1.

This proceeding arises under 11 U.S.C. Chapter 13 of the Bankruptcy Code on the petition filed by the debtor on or about August 22, 2019.

2.

Movant herein asserts it is a leasehold creditor having a lease agreement on a 10' x 16' Barn, as evidenced by its Proof of Claim and supporting documents filed with the Court. Crockett Rentals, LLC has a claim in the sum of $1,374.28.

3.

Movant shows the debtor has filed his Chapter 13 plan with the Court providing for payment to Crockett Rentals, LLC as a secured creditor to be paid on a value of $1,374.28, payable at the rate of $20.00 per month beginning January 2016, plus 5.5% interest, through

the Chapter 13 plan.

4.

Movant requests that it be paid directly outside the Chapter 13 plan on its lease agreement as contemplated by Section 365 of the Bankruptcy Code.

5.

Movant herein asserts it does not have adequate protection for its security interest in the property set forth herein.

6.

Crockett Rentals, LLC, objects to the confirmation of the debtor's plan on the grounds that the plan:

(a) Does not comply with the provisions of Chapter 13 of the Bankruptcy Code;

(b) Does not comply with the provisions necessary as set forth in 11 U.S.C. Section 1325;

(c) Is not in compliance with Section 1322 of the Bankruptcy Code;

(d) Has not been proposed in good faith;

(e) Attempts to modify the rights of a holder of a leasehold creditor and fails to properly protect the claim of a creditor;

(f) Fails to adequately provide for a plan which will give the creditor the same or equivalent benefits that it would receive under a Chapter 7 liquidation.

7.

Movant asserts the property in which it holds a security interest will be depreciating more rapidly than the payments provided under debtors' plan.

WHEREFORE, Crockett Rentals, LLC, respectfully requests:

(a) That this its objection be allowed;

(b) That debtor's Chapter 13 plan as proposed be denied confirmation;

(c) That movant be granted attorney's fees for prosecution of this action; and

(d) That movant have such other and further relief as is just and proper.

                    */s/  Emmett L. Goodman ,Jr.*
                    EMMETT L. GOODMAN, JR.
                    Bar No. 301000
                    Attorney for Movant,
                    Crockett Rentals, LLC

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

<u>CERTIFICATE OF SERVICE</u>

I, Emmett L. Goodman, Jr., do certify that I have served the debtor, debtor's attorney, and the Chapter 13 Trustee with a true and correct copy of the within and foregoing objection by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Gregory Tyson Cromwell
3592 Dews Pond Rd SE
Calhoun, GA 30701-4411

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

This 30th day of October, 2019.

                                                                                  /s/ Emmett L. Goodman, Jr.
                                                                                  EMMETT L. GOODMAN, JR.
                                                                                  Bar No. 301000
                                                                                  Attorney for Movant,
                                                                                  Crockett Rentals, LLC

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org