UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   R19-41915-PWB            PAUL W. BONAPFEL, JUDGE
DEBTOR(S): GREGORY TYSON CROMWELL   DATE: NOVEMBER 13, 2019
```

BRANDI L. KIRKLAND REPORT BACK IN 10 DAYS

WHETHER THE DEBTOR(S) PLAN PAYMENTS ARE CURRENT.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS AGAINST CONFIRMATION BECAUSE:
THE DEBTOR(S) PLAN PAYMENTS REMAIN DELINQUENT.
PLEASE ENTER AN ORDER OF DISMISSAL.


                              /s/
                        BRANDI L. KIRKLAND, ATTORNEY
                        STATE BAR NO. 423627



Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R19-41915-PWB

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

GREGORY TYSON CROMWELL
3592 DEWS POND ROAD, SE
CALHOUN, GA 30701-4411

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 13th day of December 2019


_____/s/_____
BRANDI L. KIRKLAND, ATTORNEY
STATE BAR NO. 423627




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com